# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

138863-66 (109)(113)(115)(117)

ANGLERS OF THE AuSABLE, INC.,
MAYER FAMILY INVESTMENTS, LLC,
and NANCY A. FORCIER TRUST,
       Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY, DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and MERIT ENERGY COMPANY,
       Defendants-Appellees.

SC: 138863-138866
COA: 279301, 279306, 280265,
      280266
Otsego CC: 06-011697-CE

_____

On order of the Chief Justice, motions by Preserve the Dunes, Inc., the Michigan Environmental Council, Michigan Citizens for Water Conservation and the Michigan Manufacturers Association for leave to file briefs *amicus curiae* in this case are considered, and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2010

Clerk